Case 2:22-cv-00153-JPH-MG   Document 1   Filed 04/15/22   Page 1 of 9 PageID #: 1

FILED
04/15/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Dr. George Willie Buford, III, D.D., )
_Petitioner_ )
)
v. ) Case No. 2:22-cv-00153-JPH-MG
) _(Supplied by Clerk of Court)_
)
WARDEN, USP Terre Haute, )
_Respondent._ )

_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Dr. George Willie Buford, III, D.D.
   (b) Other names you have used: Ya-Insaan Nukarisapu Pertemba Ankhtifi Hetep, I

2. Place of confinement: [ UNDER DURESS: Fed. Reg. No.: 30024-074 ]
   (a) Name of institution: UNITED STATES PENITENTIARY, at TERRE HAUTE
   (b) Address: P.O. Box 33
   Terre Haute, Indiana 47808-0033
   (c) Your identification number: [ UNDER DURESS: Fed. Reg. No.: 30024-074 ]

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT for the Eastern District of Tennessee, at Knoxville, TN
   (b) Docket number of criminal case: 3:01-cr-00102-1-CLC-HBG
   (c) Date of sentencing: October 22, 2002
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

Sent via Certified Mail
Article No. 7020 1290 0000 7005 7592

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other *(explain)*: A rule of statutory construction handed down by the United States Supreme Court making Agg. Assault under Tennessee not a " crime of violence " that can be used to increase a defendant's sentence

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Because Tenn. Agg. Assault can be committed with a *mens rea* of recklessness, it should not be counted for enhancement purposes
   (b) Docket number, case number, or opinion number: 3:01-cr-00102-1-CLC-HBG
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The decision to enhance Petitioner to Criminal History Category VI basswd on prior Tenn. Agg. Assault that no longer qualifies as a " crime of violence " in light of Borden, 141 S.Ct. 1817, 1822 ( June 10, 2021 )
   (d) Date of the decision or action: October 22, 2002

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes       ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       
       _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       
       _____
       
       _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: In 2002, Tennessee Aggravated Assault was viewed as a " crime of violence " and, therefore, it was permissible to use such offence for enhancement purposes

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: Same as § 7(b)

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: <u>Same As §§ 7(b) & 8(b)</u>

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes  ☐ No

If "Yes," provide:

(1) Name of court: <u>US DC ED Tenn</u>
(2) Case number: <u>3:01-cr-00102-1-CLC-HBG</u>
(3) Date of filing: <u>c. 2004 ( Petitioner suffers diabetic dimentia )</u>
(4) Result: <u>FENIED</u>
(5) Date of result: <u>c. 2006 ( Same As § 10(a)(3)</u>
(6) Issues raised: <u>Cannot Remember ( Same As §§ 10(a)(3) & (5)</u>

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☒ Yes  ☐ No

If "Yes," provide:

(1) Name of court: <u>US Court of Appeals, Sixth Circuit</u>
(2) Case number: <u>?</u>
(3) Date of filing: <u>?</u>
(4) Result: <u>DENIED</u>
(5) Date of result: <u>?</u>
(6) Issues raised: <u>? ( Davis, & others [?] )</u>

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because Title 28 U.S.C. § 2255 lacks a mechanism by which a defendant may raise a change in evolving statutory interpretation which may have not been anticipated at the time of sentencing but which now impacts the sentence for which he is presently serving.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes     ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**: <u>Under the June 10, 2021 decision of the United States Supreme Court, Tenn. Agg. Ass. is no longer a " crime of violence " for enhancement purposes</u>

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On July 05, 1990, Petitioner pled GUILTY in Tipton County Court for Kidnapping and Aggravated Assault under Tennessee Law. Because Agg. Assault is no longer a crime of violence, under <u>Borden</u>, 141 S.Ct. 1817, 1822 ( 2021 ), Petitioner may not be enhanced to a Criminal History Category VI, he must be returned to Category I, having only a single prior a dult conviction ( Kidnapping ).

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The law of the Case was such that a Tennessee Aggravated Assault could be used to enhance a defendant's Federal sentence eventhough it could be committed with a mens rea of recklessness. so, Petititioner had no basis in law to support such a claim though he is ACTUALLY INNOCENT of the basis for the enhancement.

**Request for Relief**

15. State exactly what you want the court to do: VACATE the sentence of 1,194 months and re-calculate Petitioner's sentence by placing him in Category I, with a Base Offense Level 20, and based on such re-calculation, and IMMEDIATELY RE-LEASE Petitioner.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Tuesday April 12, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Apri; 12, 2022

*Signature of Petitioner*

Petitioner, Pro Se

*Signature of Attorney or other authorized person, if any*