UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GEORGE WILLIE BUFORD, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00153-JPH-MG |
| WARDEN, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in this action. Petitioner George Willie Buford, III's, petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Date: 3/8/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

GEORGE WILLIE BUFORD, III
REG NO 30024-074
TUCSON - USP
TUCSON U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 24550
TUCSON, AZ 85734

All electronically registered counsel